## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED

v.

## JAMES & FRANCIS LASSELLE

1809

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 209
2. Special bail . . . . . . . . . . . . . " 220
3. Continuance . . . . . . . . . . . . . " 221
4. Judgment . . . . . . . . . . . . . " 310
5. Satisfaction acknowledged . . . . . . . . . " 310

### PAPERS IN FILE

1. Scire facias (1816) . . . . . . . . . . . . . .